| | |
|---|---|
| 1 | MOEEL LAH FAKHOURY LLP |
| | Hanni M. Fakhoury (State Bar No. 252629) |
| 2 | 1300 Clay Street, Suite 600 |
| | Oakland, CA 94612 |
| 3 | Telephone: (510) 637-3500 |
| 4 | Email: hanni@mlf-llp.com |
| 5 | Attorneys for Bryan Pareno |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:21-mj-70440-MAG |
| Plaintiff, | **STIPULATION AND ORDER RESETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND RULE 5.1** |
| v. | |
| BRYAN PARENO, | |
| Defendant. | **Hearing Date:** June 9, 2021 |
| | **Hearing Time:** 1:00 p.m. |

The parties jointly request the Court reset the status conference regarding preliminary hearing or arraignment from June 9, 2021 to June 30, 2021 at 1:00 p.m. Mr. Pareno is charged in a criminal complaint with being a felon in possession of a firearm. The government has produced discovery and defense counsel needs additional time to review it with Mr. Pareno, who is out of custody and residing at the New Bridge Foundation in Berkeley. The parties are also close to reaching a potential plea agreement and need additional time to continue negotiating. As a result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between June 9, 2021 and June 30, 2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

|   |        |              |                                                                                  |
|---|--------|--------------|----------------------------------------------------------------------------------|
| 1 |        |              |                                                                                  |
| 2 |        |              | IT IS SO STIPULATED.                                                             |
| 3 |        |              |                                                                                  |
| 4 | Dated: | June 2, 2021 | MOEEL LAH FAKHOURY LLP                                                           |
| 5 |        |              | /S                                                                               |
| 6 |        |              | HANNI M. FAKHOURY<br>Attorneys for Bryan Pareno                                  |
| 7 |        |              |                                                                                  |
| 8 | Dated: | June 2, 2021 | STEPHANIE M. HINDS<br>Acting United States Attorney<br>Northern District of California |

/S
THOMAS R. GREEN
Assistant United States Attorney

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence.
2. These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and
3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of June 9, 2021, scheduled at 1:00 p.m. is vacated and reset for June 30, 2021 at 1:00 p.m. It is further ordered that time is excluded regarding the timing of a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, from June 9, 2021 through June 30, 2021.

**IT IS SO ORDERED.**

DATED: June 3, 2021



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge